**No. 52852.**—B. F. Montague Co. *v.* United States, protest 539911–G (New York).

Opionion by RAO, J.   It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333).   The claim·of the plaintiff was therefore sustained.

**No. 52853.**—A. Godde Bedin, Inc., et al. *v.* United States, protests 545486–G, etc. (New York).

Opinion by RAO, J.   The protests were dismissed.

BEFORE THE THIRD DIVISION, JANUARY 27, 1949

**No. 52854.**—The Paris Bead & Novelty House *v.* United States, petition 6378–R (Los Angeles).

Opinion by CLINE, J.   From the evidence presented at the trial, it appeared that the petitioner's witness at the time of entry gave the broker all the information which he had as to the value of the merchandise; that he had received no information as to any change of price for the merchandise; and that the purchase was not made at a fixed rate of exchange.   On the record herein it was held that the petitioner in making the entry in this case acted without intention to defraud the revenue of the United States or to conceal or misrepresent the facts of the case or to deceive the appraiser as to the value of the merchandise.   The petition was therefore granted.

**No. 52855.**—H. G. Brake & Co. *v.* United States, protest 133602–K (New York).

Opinion by JOHNSON, J.   At the trial it was stipulated that the issues and facts herein are similar to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that the quantities reported by the inspector as not landed were not in fact landed.   In accordance with stipulation and following the decision cited it was held that the merchandise, insofar as it involves the quantities reported by the inspector as "manifested, not landed, not found," is subject to an allowance in duties.   The protest was sustained to this extent.